# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH NJUGUNA NJONGE,<br><br>              Petitioner,<br><br>v.<br><br>MARGARET GILBERT,<br><br>              Respondent. | Case No. C17-1035 RSM-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the filing fee. Petitioner may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to petitioner.

DATED this  11th  day of July, 2017.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge