UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH NJUGUNA NJONGE,<br><br>    Petitioner,<br><br>v.<br><br>MARGARET GILBERT,<br><br>    Respondent. | Case No. 2:17-cv-1035 RSM-BAT<br><br>**ORDER GRANTING OVERLENGTH BRIEF** |

Petitioner has filed a 21 page reply to the State's answer to Petitioner's 28 U.S.C. § 2254 petition for habeas relief. Petitioner's counsel believes this reply is as short as possible while still appropriately briefing the issues. Dkt. 16. The length of Petitioner's reply brief is not excessive and will be considered by the Court.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion (Dkt. 16) is **GRANTED.**

(2) The Clerk is directed to send a copy of this Order to the parties.

DATED this 11th day of October, 2017.

                 _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge

ORDER GRANTING OVERLENGTH BRIEF- 1